THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTLAKE COMMUNITY CLUB, *et al.*, | CASE NO. C17-1780-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DANIEL M. MATHIS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion and proposed order setting a deadline for filing of the administrative record in this case (Dkt. No. 17). The parties stipulate that the administrative record for this matter will be filed with the Court and provided to the Plaintiffs no later than March 31, 2018. Prior to that time, the Parties will confer regarding the format in which the record will be provided to the Plaintiffs.

It is so ORDERED.

DATED this 1st day of March 2018.

      William M. McCool
      Clerk of Court

      s/Tomas Hernandez
      Deputy Clerk