UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTLAKE COMMUNITY CLUB, *et al.*, | CASE NO. C17-1780-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DANIEL M. MATHIS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' amended stipulated motion to file a supplemental complaint and amended case management schedule (Dkt. No. 23).[1] Plaintiffs have attached their proposed supplemental complaint as an exhibit to the stipulated motion (Dkt. No. 23-1). Based on events that have occurred since Plaintiffs filed their original complaint, the Court GRANTS the parties' stipulated motion (Dkt. No. 23); *see* Fed. R. Civ. P. 15(d). Plaintiffs' supplemental complaint (Dkt. No. 23-1) shall be deemed to have been filed on the date this order is issued. Defendants shall respond to the supplemental complaint within 30 days of the issuance of this order. The current case management schedule, including the December 17, 2018, bench

---

[1] Plaintiffs' original motion (Dkt. No. 22) did not include the supplemental complaint.

trial, is VACATED. Within 60 days of the date of this order, the parties shall jointly file a proposed case management schedule for the Court's consideration and approval.

DATED this 19th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1780-JCC
PAGE - 2