THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONTLAKE COMMUNITY CLUB, *et al.*,

    Plaintiffs,

  v.

DANIEL L. MATHIS, *et al.*,

    Defendants.

CASE NO. C17-1780-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to establish a case management schedule (Dkt. No. 28). Having reviewed the parties' stipulation, the Court ENTERS the following case management dates:

| Event | Deadline |
|---|---|
| Administrative Record Filed | January 4, 2019 |
| Parties File Cross Motions for Summary Judgment | February 15, 2019 |
| Parties File Responses to Cross Motions for Summary Judgment | March 15, 2019 |
| Parties File Replies to Cross Motions for Summary | April 15, 2019 |

In their cross motions for summary judgment, the parties can move for summary judgment on all grounds that they believe can support summary judgment. The parties shall note

MINUTE ORDER
C17-1780-JCC
PAGE - 1

their cross motions for summary judgment for April 15, 2019. All briefing shall conform with Local Civil Rule 7(e).

DATED this 19th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk