THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTLAKE COMMUNITY CLUB, *et al.*, | CASE NO. C17-1780-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DANIEL L. MATHIS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to reset the current case management schedule (Dkt. No. 39). Having reviewed the parties' stipulation, and finding good cause, the Court ENTERS the following case management dates:

| Event | Deadline |
|---|---|
| Parties File Cross Motions for Summary Judgment | March 15, 2019 |
| Parties File Responses to Cross Motions for Summary Judgment | April 12, 2019 |
| Parties File Replies to Cross Motions for Summary | May 13, 2019 |

The parties shall note their cross motions for summary judgment for May 13, 2019.

//

//

MINUTE ORDER
C17-1780-JCC
PAGE - 1

1   DATED this 5th day of February 2019.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C17-1780-JCC
PAGE - 2