THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MONTLAKE COMMUNITY CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL L. MATHIS, *et al.*, <br><br> Defendants. | CASE NO. C17-1780-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to allow Plaintiffs to file an amended supplemental complaint (Dkt. No. 41). Having reviewed the stipulation, the Court finds good cause to allow Plaintiffs to file the proposed amended supplemental complaint. (Dkt. No. 41-1.) Plaintiffs' amended supplemental complaint shall be deemed to have been filed on the date this order is entered. Defendants' prior answers are deemed a sufficient response to the amended supplemental complaint.

DATED this 21st day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk