THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONTLAKE COMMUNITY CLUB, *et al.*,

    Plaintiffs,

v.

DANIEL L. MATHIS, *et al.*,

    Defendants.

CASE NO. C17-1780-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to reset the current case management schedule (Dkt. No. 44). Having reviewed the parties' stipulation, and finding good cause, the Court ENTERS the following case management dates:

| Event | Deadline |
|---|---|
| Parties File Opening Briefs | March 22, 2019 |
| Parties File Response Briefs | April 16, 2019 |
| Parties File Reply Briefs | May 13, 2019 |

The parties shall note their cross motions for summary judgment for May 13, 2019.

//

//

MINUTE ORDER
C17-1780-JCC
PAGE - 1

1      DATED this 11th day of March 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk