UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONTLAKE COMMUNITY CLUB, *et al.*,

    Plaintiffs,

v.

DANIEL L. MATHIS, *et al.*,

    Defendants.

CASE NO. C17-1780-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to reset the current briefing schedule (Dkt. No. 48). Having reviewed the parties' stipulation, and finding good cause, the Court ENTERS the following case management dates:

| Event | Deadline |
| --- | --- |
| Parties File Opening Briefs | April 5, 2019 |
| Parties File Response Briefs | May 3, 2019 |
| Parties File Reply Briefs | May 31, 2019 |

The parties shall note their cross motions for summary judgment for May 31, 2019. A hearing will not be held on the parties' motions unless and until the Court schedules one.

//

MINUTE ORDER
C17-1780-JCC
PAGE - 1

DATED this 22nd day of March 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk