THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTLAKE COMMUNITY CLUB, *et al.*, | CASE NO. C17-1780-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DANIEL L. MATHIS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to reset the current briefing schedule (Dkt. No. 58). Finding good cause, the Court AMENDS the current case management dates as follows: the parties shall file their reply briefs no later than June 14, 2019. The Clerk is DIRECTED to re-note the parties' cross motions for summary judgment (Dkt. Nos. 46, 52, 53) to June 14, 2019.

DATED this 23rd day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk