THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MONTLAKE COMMUNITY CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL L. MATHIS, *et al.*, <br><br> Defendants. | CASE NO. C17-1780-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to reset the noting date on Plaintiffs' motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41 (Dkt. No. 68). Finding good cause, the Court ADOPTS the parties' stipulation. The Clerk is DIRECTED to re-note Plaintiffs' motion for voluntary dismissal (Dkt. No. 64) to August 2, 2019.

DATED this 24th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1780-JCC
PAGE - 1